IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. HAMMOND, | No. C 09-0699 MMC (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CLARA COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

On January 27, 2009, plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action in the United States District Court for the Eastern District of California. (Docket No. 1.) Upon so doing, plaintiff paid a $155.00 partial filing fee. (See Docket entry dated January 29, 2009.) Plaintiff did not file an application seeking leave to proceed in forma pauperis. On February 11, 2009, the case was transferred to the Northern District.[1]

When the action arrived in the Northern District, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the $350.00 filing fee in full. Specifically, in said notice, plaintiff was advised that he had made only a partial payment of $155.00, and that he must pay the balance of $195.00. (Docket No. 6.) Plaintiff was further

---

[1] The transfer order states plaintiff filed with his action a request to proceed in forma pauperis but that the transferring court would not rule on such request. (Docket No. 3.) As noted, however, the record of the case shows plaintiff paid a partial filing fee and did not file a request to proceed in forma pauperis.

1 advised that his failure to pay the balance of the filing fee, within thirty days, would result in
2 dismissal of the action.  (Id.)
3     More than thirty days have passed since the deficiency notice was sent to plaintiff and
4 plaintiff has not paid the balance of the filing fee or otherwise responded to the notice.
5 Accordingly, the instant action is hereby DISMISSED without prejudice.
6     The Clerk shall close the file.
7     IT IS SO ORDERED.
8 DATED: April 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge

2