UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. HAMMOND,<br><br>        Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT et al,<br><br>        Defendant. | Case Number: CV09-00699 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sean M. Hammond G-45109
PO Box 5000
Delano, CA 93216-5000

Dated: March 11, 2010

                                                Richard W. Wieking, Clerk

                                                By: Frank Justiliano, Deputy Clerk