IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. HAMMOND,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants.<br>_____ | No. C 09-0699 MMC (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH COURT ORDER OR FACE DISMISSAL FOR FAILURE TO PROSECUTE** |

    On January 27, 2009, plaintiff, a California prisoner then incarcerated at North Kern State Prison and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. Plaintiff last communicated with the Court more than two years ago, when, on April 6, 2010, he filed: (1) a notice of a change of address to Konocti Conservation Camp; and (2) a non-prisoner application to proceed in forma pauperis.

    Accordingly, the Court hereby ORDERS as follows:

    Within **thirty** days of the date this order is filed, plaintiff shall inform the Court whether he intends to proceed with the prosecution of this action. If plaintiff fails to comply with this order, the above-titled action will be dismissed for failure to prosecute.

//

//

//

1       The Clerk shall mail a copy of this order to plaintiff at his most recent address of
2 record at Konocti Conservation Camp.
3       IT IS SO ORDERED.
4 DATED: January 7, 2013
5                                 MAXINE M. CHESNEY
                                United States District Judge