IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN M. HAMMOND,

        Plaintiff,

  v.

SANTA CLARA COUNTY SUPERIOR COURT, et al.,

        Defendants.

No. CV-09-0699 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The above-titled action is hereby DISMISSED without prejudice for failure to prosecute.

Dated: February 20, 2013

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk